UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

UNITED STATES OF AMERICA

v.     Case Number: 2:18-cr-00134

ALLEN H. LOUGHRY, II

O R D E R

On June 20, 2018, the defendant appeared in person for an initial appearance pursuant to his arrest on the warrant based on the indictment.  Phillip H. Wright, Assistant United States Attorney, was present for the United States and John A. Carr, was present for the defendant.  Also present was Michele Wentz, United States Probation Officer.

The defendant was not called upon to plead.  The Court informed the defendant of the charge in the case, of the defendant's right to counsel, and of matters relating to conditions of release.  The Court further informed the defendant that he was not required to make a statement and that any statement made by the defendant may be used against him.

The Court was advised that the defendant retained John A. Carr as counsel to represent him in this matter.  The Court advised Mr. Carr to file a Notice of Appearance.

It is **ORDERED** an arraignment in this case shall take place on Friday, June 22, 2018 at 2:00 p.m. in Charleston.

Upon consideration of the report from probation and there being no objection by the United States, the Court found that there are conditions of release which will reasonably assure the defendant's appearance and the safety of the community.

Accordingly, it is hereby **ORDERED** that the defendant is released on a Ten Thousand Dollar unsecured Appearance Bond and Order setting conditions of release as outlined under separate order.

The Clerk is directed to provide copies of this Order to the defendant, all counsel of record, the Probation Department, and the United States Marshals Service.

**ENTER:** June 20, 2018

Dwane L. Tinsley
United States Magistrate Judge