# Courtroom Minute Entry

**Room:** Charleston 5400  **Case No.:** 2:18-cr-00134  **Type:** Arraignment
**Caption:** USA v.  Allen H. Loughry, II  **Judge:** Dwane L. Tinsley

**Started: 6/22/2018 1:59:48 PM**
**Ends:**  6/22/2018 2:05:49 PM  **Length: 00:06:02**

   Judge Dwane L. Tinsley
   Courtroom Deputy: Dawna Goodson
   Defendant: Allen H. Loughry, II
   Assistant U.S. Attorney: Philip H. Wright
   Probation Officer: Michele Wentz
   Retained Defense Attorney: John Carr

| Time | Event |
|---|---|
| 1:59:54 PM | ARRAIGNMENT |
| 2:00:39 PM | Judge Dwane L. Tinsley called cased, noted appearances of counsel, defendant present in courtroom |
| 2:01:05 PM | Defendant placed under oath by Courtroom Deputy |
| 2:01:26 PM | Stated rights of defendant and defendant acknowledged these rights |
| 2:01:31 PM | Stated personal information |
| 2:01:36 PM | Questions defendant about indictment related matters |
| 2:02:01 PM | Defendant pleads not guilty to charge(s) contained in the indictment |
| 2:02:04 PM | Stated district judge assignment, and dates for trial and pretrial motions hearing |
| 2:02:19 PM | If courtroom technology is required for use at trial or other proceedings, counsel shall notify the court's technology staff five business days prior to commencement of the proceeding |
| 2:03:01 PM | Defendant does not waive the right to be present at the pretrial motions hearing |
| 2:03:38 PM | Parties have elected the standard discovery; pretrial motions, voir dire and witness list dates given |
| 2:03:57 PM | Make sure chambers receives a copy of all motions filed with the clerk |
| 2:04:06 PM | Advised counsel to give USMS 30 days notice for out-of-custody defendants/witnesses and cancel when unnecessary |
| 2:04:23 PM | Court and parties review and discuss Pretrial Services Report |
| 2:04:39 PM | No additions or corrections to Pretrial Services Report at this time |
| 2:04:43 PM | Any objection to the release of the defendant on bond? |
| 2:04:47 PM | Philip Wright, AUSA: No, Your Honor |
| 2:04:58 PM | Judge Dwane L. Tinsley Ordered the defendant to remain on a $10,000 unsecured bond with order setting conditions of release still in effect |
| 2:05:14 PM | If you fail to abide by the conditions of release, your bond will be revoked and you will be prosecuted on additional charges |
| 2:05:34 PM | Anything else counsel wishes to address? |