UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

AT CHARLESTON

UNITED STATES OF AMERICA

v.   CASE NUMBER: 2:18-cr-00134

ALLEN H. LOUGHRY II

## ORDER

On July 17, 2018, the Grand Jury, after retiring to their chambers and having considered its presentments, returned a report to the Court and presented the above-captioned matter as a superseding indictment to be returned this date.

Upon motion by the United States, it is **ORDERED** that a summons be issued for Mr. Loughry and that an arraignment take place before the undersigned Magistrate Judge on ***Wednesday, July 25, 2018, at 2:00 p.m.*** at the Robert C. Byrd United States Courthouse, 300 Virginia Street East, Courtroom 5400, Charleston, West Virginia.

The Clerk is directed to send a copy of this Order to the United States Attorney, United States Marshal, and the United States Probation Office.

ENTER:   July 18, 2018

Dwane L. Tinsley
United States Magistrate Judge