# Courtroom Minute Entry

**Room:** Charleston 5400       **Case No.:** 2:18-cr-00134       **Type:** Arraignment
**Caption:** USA v. Allen H. Loughry II       **Judge:** Dwane L. Tinsley

**Started: 7/25/2018 1:57:47 PM**
**Ends:    7/25/2018 2:06:12 PM**       **Length: 00:08:26**

Judge Dwane L. Tinsley
Courtroom Deputy: Dawna Goodson
Defendant: Allen H. Loughry, II
Assistant U.S. Attorney: Philip Wright
Retained Defense Attorney: John Carr
Probation Officer: Michele Wentz

| Time | Entry |
|---|---|
| **1:58:18 PM** | ARRAIGNMENT |
| **1:59:14 PM** | Judge Dwane L. Tinsley: Called case, noted appearances of counsel, defendant present in courtroom |
| **1:59:38 PM** | Defendant placed under oath by Courtroom Deputy |
| **1:59:57 PM** | Stated rights of defendant and defendant acknowledged these rights |
| **2:00:01 PM** | Stated personal information |
| **2:00:10 PM** | Questions defendant about indictment related matters |
| **2:00:33 PM** | Defendant pleads not guilty to charge(s) contained in the indictment |
| **2:00:37 PM** | Stated district judge assignment, and dates for trial and pretrial motions hearing |
| **2:00:51 PM** | If courtroom technology is required for use at trial or other proceedings, counsel shall notify the court's technology staff five business days prior to commencement of the proceeding |
| **2:01:30 PM** | Defendant does not waive the right to be present at the pretrial motions hearing |
| **2:01:59 PM** | Parties have elected the standard discovery; pretrial motions, voir dire and witness list dates given |
| **2:02:40 PM** | Make sure chambers receives a copy of all motions filed with the clerk |
| **2:02:46 PM** | Advised counsel to give USMS 30 days notice for out-of-custody defendants/witnesses and cancel when unnecessary |
| **2:03:02 PM** | Court and parties review and discuss Pretrial Services Report |
| **2:03:33 PM** | No additions or corrections to Pretrial Services Report at this time |
| **2:03:47 PM** | Any objection to the release of the defendant on bond? |
| **2:03:49 PM** | No objection to the defendant remaining on the previous bond |
| **2:03:56 PM** | The defendant was previously released on bond and the same conditions of release are still in full force and effect |
| **2:04:19 PM** | If you fail to abide by the conditions of release, your bond will be revoked and you will be prosecuted on additional charges |
| **2:05:17 PM** | Defendant's Counsel, John Carr |
| **2:06:07 PM** | Hearing adjourned |