# Courtroom Minute Entry

**Room:** Charleston 5400  **Case No.:** 2:18-cr-00134  **Type:** Arraignment
**Caption:** USA v. Allen H. Loughry, II  **Judge:** Dwane L. Tinsley

**Started:** 8/23/2018 10:37:22 AM
**Ends:**    8/23/2018 11:10:06 AM    **Length:** 00:32:45

      Judge Dwane L. Tinsley
      Courtroom Deputy: Dawna Goodson
      Defendant: Allen Loughry II
      Assistant U.S. Attorney: Phillip Wright
      Retained Counsel: John Carr
      Probation Officer: Michele Wentz
      Court Reporter: CourtSmart

      ARRAIGNMENT FOR THE SECOND SUPERSEDING INDICTMENT

| Time | Event |
|---|---|
| 11:05:44 AM | Judge Dwane L. Tinsely called case, noted appearances of counsel, defendant present in courtroom |
| 11:06:08 AM | Mr. Loughry placed under oath by Courtroom Deputy |
| 11:06:27 AM | Stated rights of defendant and defendant acknowledged these rights |
| 11:06:31 AM | Stated personal information |
| 11:06:37 AM | Questions defendant about the second superseding indictment related matters |
| 11:07:10 AM | Defendant pleads not guilty to charge(s) contained in the second superseding indictment |
| 11:07:13 AM | Stated district judge assignment, and dates for trial and pretrial motions hearing |
| 11:07:45 AM | Defendant does not waive the right to be present at the pretrial motions hearing |
| 11:08:47 AM | Make sure chambers receives a copy of all motions filed with the clerk |
| 11:08:54 AM | Advised counsel to give USMS 30 days notice for out-of-custody defendants/witnesses and cancel when unnecessary |
| 11:09:13 AM | Any objection to the release of the defendant on bond? |
| 11:09:19 AM | Mr. Wright - No objections to the defendant remaining on bond |
| 11:09:27 AM | The defendant was previously released on bond and the same conditions of release are still in full force and effect<br>Mr. Loughry decline a review of the conditions of release |
| 11:09:40 AM | If you fail to abide by the conditions of release, your bond will be revoked and you will be prosecuted on additional charges |
| 11:09:52 AM | Anything else counsel wishes to address? |
| 11:09:56 AM | Hearing adjourned |