## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON

UNITED STATES OF AMERICA

v.                        CRIMINAL NO. 2:18-cr-00134

ALLEN H. LOUGHRY II

### UNITED STATES NOTICE OF CERTIFICATION
### FOR USE OF COURTROOM TECHNOLOGY

Comes now the United States of America by Assistant United States Attorney, Philip H. Wright, and hereby certifies, pursuant to Local Rule of Criminal Procedure 12.1(e), that it has conferred with the Court's technology staff regarding its intention to use courtroom technology at the trial scheduled to begin October 2, 2018, at 9:30 a.m., in Charleston, West Virginia.

                           Respectfully submitted,

                           MICHAEL B. STUART
                           United States Attorney

                       By:    s/Philip H. Wright
                                 PHILIP H. WRIGHT
                                 Assistant United States Attorney
                                 WV State Bar No. 7106
                                 300 Virginia Street East
                                 Room 4000
                                 Charleston, WV    25301
                                 Telephone:   304-345-2200
                                 Fax:   304-347-5104
                                 Email: philip.wright@usdoj.gov

CERTIFICATE OF SERVICE

It is hereby certified that the foregoing "UNITED STATES NOTICE OF CERTIFICATION FOR USE OF COURTROOM TECHNOLOGY" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing on this 27th day of August, 2018, to:

> John A. Carr, Esq.
> John A. Carr Attorney at Law, PLLC
> 179 Summers Street, Suite 209
> Charleston, WV 25301

>                    s/Philip H. Wright
>                    Philip H. Wright
>                    Assistant United States Attorney
>                    WV Bar No. 7106
>                    300 Virginia Street, East
>                    Room 4000
>                    Charleston, WV 25301
>                    Telephone:   304-345-2200
>                    Fax: 304-347-5104
>                    Email:   philip.wright@usdoj.gov