**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON**

**UNITED STATES OF AMERICA**

v.  **CRIMINAL NO. 2:18-cr-00134**

**ALLEN H. LOUGHRY II**

## UNITED STATES REQUEST FOR NOTICE OF ALIBI

The United States hereby requests, under Fed. R. Crim. P. 12.1, that defendant Allen H. Loughry II notify the United States of any intended alibi defense for Counts 4 – 18 of the Second Superseding Indictment.

As set forth in those counts, the time, date, and place of the alleged offenses are as follows:

| Count | Approx. Date and Time | Place of the Alleged Offense (highlighted in bold) |
|---|---|---|
| 4 | Thursday, Aug. 22, 2013 8:01 p.m. | Purchase of 19.425 gallons of unleaded plus gasoline for $71.08 at **ExxonMobil, Washington St. ("East End Exxon"), Charleston, Kanawha County, West Virginia.** |
| 5 | Thursday, Thanksgiving Day Nov. 28, 2013 8:31 p.m. | Purchase of 11.206 gallons of unleaded plus gasoline for $39.21 at **East End Exxon, Charleston, Kanawha County, West Virginia.** |
| 6 | Saturday, Dec. 14, 2013 4:57 p.m. | Purchase of 19.503 gallons of unleaded gasoline for $65.51 at **ExxonMobil, Harper Rd., Beckley, Raleigh County, West Virginia**. |
| 7 | Sunday, Dec. 22, 2013 6:00 p.m. | Purchase of 19.102 gallons of unleaded gasoline for $63.02 at **Kroger gas station, Elkview, Kanawha County, West Virginia.** |
| 8 | Monday, Dec. 30, 2013 4:29 p.m. | Purchase of 18.244 gallons of unleaded plus gasoline for $63.84 at **East End Exxon, Charleston, Kanawha County, West Virginia.** |

| Count | Approx. Date and Time | Place of the Alleged Offense (highlighted in bold) |
|---|---|---|
| 9 | Wednesday, Jan. 1, 2014 12:49 p.m. | Purchase of 11.175 gallons of unleaded gasoline for $37.98 at **East End Exxon, Charleston, Kanawha County, West Virginia.** |
| 10 | Sunday, Jan. 19, 2014 8:17 p.m. | Purchase of 13.55 gallons of unleaded plus gasoline for $46.33 at **ExxonMobil, MacCorkle Ave., Charleston, Kanawha County, West Virginia.** |
| 11 | Sunday, Mar. 23, 2014 6:03 p.m. | Purchase of 18.667 gallons of unleaded gasoline for $69.05 at **ExxonMobil, Amma Road, Amma, Clay County, West Virginia.** |
| 12 | Sunday, Mar. 23, 2014 8:58 p.m. | Purchase of 12.636 gallons of unleaded plus gasoline for $46.99 at **East End Exxon, Charleston, Kanawha County, West Virginia.** |
| 13 | Friday, Jul. 4, 2014 6:42 p.m. | Purchase of 7.033 gallons of unleaded gasoline for $26.44 at **Go-Mart, Frame Road, Elkview, Kanawha County, West Virginia.** |
| 14 | Sunday, Jul. 6, 2014 5:15 p.m. | Purchase of 9.35 gallons of unleaded plus gasoline for $37.68 at **BP, Washington St. ("East End BP"), Charleston, Kanawha County, West Virginia.** |
| 15 | Saturday, Dec. 20, 2014 10:41 a.m. | Purchase of 17.582 gallons of unleaded gasoline for $47.45 at **East End BP, Charleston, Kanawha County, West Virginia.** |
| 16 | Friday, Jan. 2, 2015 9:26 a.m. | Purchase of 14.011 gallons of unleaded gasoline for $35.01 at **East End Exxon, Charleston, Kanawha County, West Virginia.** |
| 17 | Saturday, Jan. 3, 2015 6:17 p.m. | Purchase of 18.642 gallons of 18.642 gasoline for $42.86 at **Go-Mart, Frame Road, Elkview, Kanawha County, West Virginia.** |
| 18 | Saturday, Mar. 14, 2015 5:11 p.m. | Purchase of 11.087 gallons of unleaded gasoline for $26.60 at **Go-Mart, MacCorkle Ave., Charleston, Kanawha County, West Virginia.** |

Respectfully submitted,

MICHAEL B. STUART
United States Attorney

By: s/Philip H. Wright
PHILIP H. WRIGHT
Assistant United States Attorney
WV State Bar No. 7106
300 Virginia Street East
Room 4000
Charleston, WV 25301
Telephone: 304-345-2200
Fax: 304-347-5104
Email: philip.wright@usdoj.gov

3

## **CERTIFICATE OF SERVICE**

It is hereby certified that the foregoing "UNITED STATES REQUEST FOR NOTICE OF ALIBI" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing this 27th day of August, 2018, to:

>John A. Carr, Esq.
>John A. Carr Attorney at Law, PLLC
>179 Summers Street, Suite 209
>Charleston, WV 25301

>s/Philip H. Wright
>Philip H. Wright
>Assistant United States Attorney
>WV Bar No. 7106
>300 Virginia Street, East
>Room 4000
>Charleston, WV 25301
>Telephone:  304-345-2200
>Fax: 304-347-5104
>Email:  philip.wright@usdoj.gov