# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 9/17/2018                                                                 Case Number 2:18-cr-00134
Case Style: USA v. Allen H. Loughry II
Type of hearing Pretrial Motions Hearing
Before the honorable: 2508-Copenhaver
Court Reporter Catherine Schutte-Stant                                          Courtroom Deputy Kelley Miller
Attorney(s) for the Plaintiff or Government Philip H. Wright/R. Gregory McVey

Attorney(s) for the Defendant(s) John A. Carr

Law Clerk                                                                        Probation Officer

### Trial Time

### Non-Trial Time

Motions hearing (without evidence). Type:

### Court Time

1:30 pm   to 1:50 pm
Total Court Time: 0 Hours 20 Minutes Non-Trial Time/Uncontested Time

### Courtroom Notes

1:30 case set

1:30 - case called - on for hearing on pretrial motions

Pending motions addressed as set forth on the record of the hearing

Voir dire and jury instructions to be filed by 2:00 p.m. on Friday, September 21, 2018

1:50 concluded