IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**UNITED STATES OF AMERICA**

v.     CASE NO: 2:18-cr-00134-1

**ALLEN H. LOUGHRY, II**

### DEFENDANT'S PROPOSED VOIR DIRE

Counsel for the Defendant respectfully submits to the Court the following proposed voir dire questions:

1. Are you aware of any media reports or discussions concerning spending at the Supreme Court of Appeals of West Virginia?

2. Are you aware of any proceedings involving any member of the Supreme Court of Appeals of West Virginia?

3. Are you aware of any legal proceedings involving Justice Menis Ketchum?

4. Have you ever used a vehicle that was provided to you by a governmental entity or employer?

5. The burden of proof in a criminal case is "beyond a reasonable doubt" and is always on the United States. Do any of you believe that this burden is too high, or for some reason unfair, to the United States?

6. Even if you disagree with the law, would you be able to return a verdict of not guilty if the United States fails to meet its burden beyond a reasonable doubt?

**ALLEN H. LOUGHRY, II**
By Counsel

1

s/ John A. Carr
John A. Carr, Esq. (WVSB #10461)
John A. Carr Attorney at Law, PLLC
179 Summers Street, Ste 209
Charleston, WV 25301
304-344-4822
E-mail: jcarr@jcarrlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

UNITED STATES OF AMERICA

v.  CASE NO:  2:18-cr-00134-1

ALLEN H. LOUGHRY, II

CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and accurate copy of the foregoing **"Defendant's Proposed Voir Dire"** was served with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following CM/ECF participants:

Philip H. Wright
Assistant United States Attorney
300 Virginia Street, East, Room 4000
Charleston, WV 25301


Date:  September 21, 2018

s/ John A. Carr
John A. Carr, Esq. (WVSB #10461)
John A. Carr Attorney at Law, PLLC
179 Summers Street, Ste 209
Charleston, WV 25301
304-344-4822
E-mail:  jcarr@jcarrlaw.com

3