# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 10/2/2018                                                             Case Number 2:18-cr-00134
Case Style: USA v. Allen H. Loughry II
Type of hearing Criminal Jury Trial
Before the honorable: 2508-Copenhaver
Court Reporter Catherine Schutte-Stant                                       Courtroom Deputy Kelley Miller
Attorney(s) for the Plaintiff or Government Philip H. Wright/R. Gregory McVey

Attorney(s) for the Defendant(s) John A. Carr

Law Clerk                                                                    Probation Officer

### Trial Time

Jury Selection with trial to start on 10/3/18

### Non-Trial Time

### Court Time

1:55 pm   to 5:57 pm
9:54 am   to 12:25 pm
1:34 pm   to 1:36 pm
9:33 am   to 9:42 am
Total Court Time: 6 Hours 44 Minutes Court actively conducting trial proceedings/Contested proceedings

### Courtroom Notes

9:30 case set

9:33 - court took up preliminary matters with counsel regarding jury selection

8:42 Recess

9:54 Resume

Parties are ready for trial - voir dire oath administered - 29 jurors present (first/morning batch) - court preliminarily explained the case

Voir dire ensued

8 jurors excused for cause - Dotson, Hatfield, Hodges, Hunt, Lewis, Ojeda, Shears and Westfall - 21 jurors remaining

Remaining jurors to report back at 4:00 p.m.

Counsel back with "second batch" of jurors at 1:30 p.m.

12:25 Recess

1:34 Resume

Court took up jury matters with counsel

## District Judge Daybook Entry

1:36 Recess

1:55 Resume

Parties are ready for trial - voir dire oath given - 33 jurors present (second batch) - court preliminarily explained the case

Voir dire ensued

Brown, Cochran, Cragg, Jones, Kibbe, Marks, Mauritz, Miller, Pitsenbarger, Shifflett, Short, Hall excused for cause

Panel of 28 seated from which 12 jurors were be chosen

Panel of 7 seated from which 3 alternates were chosen

Peremptory strikes exercised

Jury seated

Court gave preliminary instructions to the jurors

Trial to resume at 10:00 a.m. tomorrow

5:57 concluded