# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 10/10/2018                                                              Case Number 2:18-cr-00134
Case Style: USA v. Allen H. Loughry II
Type of hearing Criminal Jury Trial
Before the honorable: 2508-Copenhaver
Court Reporter Catherine Schutte-Stant                                        Courtroom Deputy Kelley Miller
Attorney(s) for the Plaintiff or Government Philip H. Wright/R. Gregory McVey


Attorney(s) for the Defendant(s) John A. Carr


Law Clerk                                                                     Probation Officer

## Trial Time

Jury Trial. Day No. 6


## Non-Trial Time


## Court Time

10:12 am   to 10:19 am
10:26 am   to 11:06 am
11:25 am   to 12:54 pm
5:03 pm    to 5:10 pm
2:24 pm    to 3:31 pm
Total Court Time: 3 Hours 30 Minutes Court actively conducting trial proceedings/Contested proceedings

## Courtroom Notes

10:00 case set

10:12 - case resumed with counsel regarding instructions

Parties approved the redacted version of the Second Superseding Indictment which will be presented to the jury

10:19 Recess

10:26 Resume

Closing arguments - McVey

11:06 Recess

11:25 Resume

Closing arguments - Carr, Wright

Jury excused - return at 2:15 p.m.

12:54 Recess

2:24 Resume

## District Judge Daybook Entry

Court instructed the jury

No objections to the charge

Alternates excused

Jury commenced deliberations

3:31 Recess

5:03 Resume

Court sent a note to the jury - jury wishes to be excused and return at 9:30 am tomorrow morning

Jury excused

5:10 concluded