UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

FILED

T 1 2 2018

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.                          CRIMINAL ACTION NO. 2:18-00134

ALLEN H. LOUGHRY II


## V E R D I C T

We, the Jury, find the defendant, Allen H. Loughry, II, __Not Guilty__ of the charge contained in Count One of
(Guilty/Not Guilty)
the second superseding indictment.

We, the Jury, find the defendant, Allen H. Loughry, II, __Not Guilty__ of the charge contained in Count Two of
(Guilty/Not Guilty)
the second superseding indictment.

We, the Jury, find the defendant, Allen H. Loughry, II, __Guilty__ of the charge contained in Count Three
(Guilty/Not Guilty)
of the second superseding indictment.

We, the Jury, find the defendant, Allen H. Loughry, II, __Not Guilty__ of the charge contained in Count Four
(Guilty/Not Guilty)
of the second superseding indictment.

We, the Jury, find the defendant, Allen H. Loughry, II, __Guilty__ of the charge contained in Count Five
(Guilty/Not Guilty)
of the second superseding indictment.

We, the Jury, find the defendant, Allen H. Loughry, II, __Guilty__ of the charge contained in Count Six
(Guilty/Not Guilty)
of the second superseding indictment.

We, the Jury, find the defendant, Allen H. Loughry, II, __Not Guilty__ of the charge contained in Count Seven
(Guilty/Not Guilty)
of the second superseding indictment.

We, the Jury, find the defendant, Allen H. Loughry, II, __Hung__ of the charge contained in Count Eight
(Guilty/Not Guilty)
of the second superseding indictment.

2

We, the Jury, find the defendant, Allen H. Loughry, II, __Not Guilty__ of the charge contained in Count Nine
(Guilty/~~Not Guilty~~)
of the second superseding indictment.

We, the Jury, find the defendant, Allen H. Loughry, II, __Guilty__ of the charge contained in Count Ten
(~~Guilty~~/Not Guilty)
of the second superseding indictment.

We, the Jury, find the defendant, Allen H. Loughry, II, __Guilty__ of the charge contained in Count Eleven
(~~Guilty~~/Not Guilty)
of the second superseding indictment.

We, the Jury, find the defendant, Allen H. Loughry, II, __Guilty__ of the charge contained in Count Twelve
(~~Guilty~~/Not Guilty)
of the second superseding indictment.

We, the Jury, find the defendant, Allen H. Loughry, II, __Not Guilty__ of the charge contained in Count
(Guilty/~~Not Guilty~~)
Thirteen of the second superseding indictment.

3

We, the Jury, find the defendant, Allen H. Loughry, II, __Not Guilty__ of the charge contained in Count
(Guilty/**Not Guilty**)

Fourteen of the second superseding indictment.

We, the Jury, find the defendant, Allen H. Loughry, II, __Guilty__ of the charge contained in Count
(**Guilty**/Not Guilty)

Fifteen of the second superseding indictment.

We, the Jury, find the defendant, Allen H. Loughry, II, __Not Guilty__ of the charge contained in Count
(Guilty/**Not Guilty**)

Sixteen of the second superseding indictment.

We, the Jury, find the defendant, Allen H. Loughry, II, __Not Guilty__ of the charge contained in Count
(Guilty/**Not Guilty**)

Seventeen of the second superseding indictment.

We, the Jury, find the defendant, Allen H. Loughry, II, __Guilty__ of the charge contained in Count
(**Guilty**/Not Guilty)

Eighteen of the second superseding indictment.

4

We, the Jury, find the defendant, Allen H. Loughry, II, __Guilty__ of the charge contained in Count
(Guilty/Not Guilty)

Twenty of the second superseding indictment.

We, the Jury, find the defendant, Allen H. Loughry, II, __Not Guilty__ of the charge contained in Count
(Guilty/Not Guilty)

Twenty-One of the second superseding indictment.

We, the Jury, find the defendant, Allen H. Loughry, II, __Guilty__ of the charge contained in Count
(Guilty/Not Guilty)

Twenty-Three of the second superseding indictment.

We, the Jury, find the defendant, Allen H. Loughry, II, __Guilty__ of the charge contained in Count
(Guilty/Not Guilty)

Twenty-Five of the second superseding indictment.

__10/12/2018__
(Date)

_____
(Foreperson)

5