AO 187 (Rev. 7/87) | USDC/CRT-009 (Rev. 1/07) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

**FILED**
**OCT 1 5 2018**
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES

v.

ALLEN H. LOUGHRY II

**EXHIBIT AND WITNESS LIST**

Case Number: 2:18-00134

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Honorable John T. Copenhaver, Jr. | Philip H. Wright/R. Gregory McVey | John A. Carr |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| October 2, 3 | Catherine L. Schutte-Stant | Kelley A. Miller |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* OR NAME OF WITNESSES |
|---|---|---|---|---|---|
| 1 |  | 10/3/18 |  |  | FBI Agent Jim Lafferty |
| 1 |  | 10/3/18 | ✓ | ✓ | Grand jury subpoena |
| 2 |  | 10/3/18 | ✓ | ✓ | Executed stipulation |
| 3 |  | 10/3/18 | ✓ | ✓ | WEX Records |
| 4 |  | 10/3/18 | ✓ | ✓ | Executed stipulation |
| 5 |  | 10/3/18 | ✓ | ✓ | WV Parkways Authority Records (EZ Pass) |
| 6 |  | 10/3/18 | ✓ | ✓ | Chase checking records |
| 7 |  | 10/3/18 | ✓ | ✓ | Chase credit card records |
| 8 |  | 10/3/18 | ✓ | ✓ | Greenbrier records |
| 9 |  | 10/3/18 | ✓ | ✓ | Certified judicial disclosures |
| 11 |  | 10/3/18 | ✓ | ✓ | Trina Leone desk photos - 6/6/18 |
| 12 |  | 10/3/18 | ✓ | ✓ | Ashley Deem desk photos - 6/6/18 |
| 13 |  | 10/3/18 | ✓ | ✓ | Art Angus desk photos - 6/6/18 |
| 14 |  | 10/3/18 | ✓ | ✓ | Ruth Melvin and Justice Ketchum desk photos - 6/6/18 |
| 15 |  | 10/3/18 | ✓ | ✓ | Aerial photo of Scenic Drive |
| 16 |  | 10/3/18 | ✓ | ✓ | Loughry book |
| 18 |  | 10/3/18 | ✓ | ✓ | Loughry proffer |
| 19 |  | 10/3/18 | ✓ | ✓ | Clips of Loughry interview 3/2/18 |
| 19.1 |  | 10/3/18 | ✓ |  | Transcript |
| 19.2 |  | 10/3/18 | ✓ |  | Transcript |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of 5 Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| United States | | vs. Allen H. Loughry, II | | | CASE NO. 2:18-00134 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | 1 | 10/3/18 | X | X | Photographs of door and desk |
| | 2.00 | 10/3/18 | X | X | Photographs of desk |
| | 3 | 10/3/18 | X | X | Photographs of desk |
| | 4 | 10/3/18 | X | X | Photographs of desk |
| 2 | | 10/3/18 | | | Thomas McHugh |
| 22 | | 10/3/18 | X | X | Video clip - history of Supreme Court Chamber |
| 24 | | 10/3/18 | X | X | Photograph of office |
| 56 | | 10/3/18 | X | X | Photograph of sofa (through Gundy) |
| 3 | | 10/3/18 | | | Mary Collishaw |
| 26 | | 10/3/18 | X | X | April 9, 2014, Collishaw memo to Loughry |
| 27 | | 10/3/18 | X | | Blank travel expense request |
| 28 | | 10/3/18 | X | X | Travel expense reimbursement policy and procedure |
| 29 | | 10/3/18 | X | X | Travel expense reimbursement request |
| 30 | | 10/3/18 | X | X | Pound check to Loughry |
| 31 | | 10/3/18 | X | X | October 15, 2015, Collishaw to Loughry financial disclosure |
| 4 | | 10/3/18 | | | Diana Sawyer |
| 32 | | 10/3/18 | X | X | American University Reception Announcement |
| 33 | | 10/3/18 | X | X | Sawyer email to Loughry 9/3/13 re: 10/4/13 |
| 34 | | 10/3/18 | X | X | 9/13/13 Loughry email to Sawyer - Mapquest |
| 35 | | 10/3/18 | X | X | 10/7/13 Loughry email to Sawyer - social security number |
| 36 | | 10/3/18 | X | X | 10/7/13 Loughry email to Sawyer - Mariott invoice |
| 5 | | 10/3/18 | | | Robert Lancaster |
| 39 | | 10/3/18 | X | X | 11/11/13 American check for Loughry |
| 6 | | 10/3/18 | | | Sara Thompson |
| 49 | | 10/3/18 | X | X | July, 2014, travel expense account |
| 7 | | 10/3/18 | | | Sue Racer-Troy |
| 40 | | 10/3/18 | X | X | Executed stipulation (treasury warrants) |

Page 2 of 5 Pages

# EXHIBIT AND WITNESS LIST – CONTINUATION

| United States | | vs. Allen H. Loughry, II | | | CASE NO. 2:18-00134 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 41 | | 10/3/18 | X | X | WV treasury warrants |
| 44 | | 10/3/18 | X | X | 9/14/16 Racer-Troy memo to Canterbury regarding travel rejections |
| 45 | | 10/3/18 | X | X | Photos of WEX cards |
| 46 | | 10/4/18 | X | X | 11/30/17 Sue Racer-Troy memo to Loughry regarding state property |
| 8 | | 10/4/18 | | | Melinda Pennington |
| 60A | | 10/4/18 | X | X | Publishing agreement |
| 60B | | 10/4/18 | X | X | Publishing agreement revision |
| 60C | | 10/4/18 | X | X | Invoice |
| 9 | | 10/4/18 | | | Michelle Weikle |
| 61 | | 10/4/18 | X | | Meet the author notice of March 14, 2015 (withdrawn) |
| 62 | | 10/4/18 | X | X | Greenbrier lobby photographs |
| 10 | | 10/4/18 | | | Vici Shafer |
| 71 | | 10/4/18 | X | X | Loughry's calendars |
| 11 | | 10/4/18 | | | Paul Fletcher Adkins |
| | 5 | 10/4/18 | X | X | Request for delivery of desk |
| 12 | | 10/4/18 | | | Jess Gundy |
| 50 | | 10/4/18 | X | X | Vehicle registration records |
| 52 | | 10/4/18 | X | X | Overhead photograph of capitol |
| 51 | | 10/4/18 | X | X | Photographs of vehicle |
| 51A | | 10/4/18 | X | X | Registration card |
| 51B | | 10/4/18 | X | X | Cover of owner's manual |
| 51C | | 10/4/18 | X | X | Photographs of vehicle |
| 51D | | 10/4/18 | X | X | Registration card |
| 51E | | 10/4/18 | X | X | Cover of owner's manual |
| 53 | | 10/4/18 | X | X | August 24, 2016 Davis memo to Angus and Gundy |
| 54 | | 10/4/18 | X | X | August 25, 2016 Angus and Gundy memo to Davis |
| 57 | | 10/4/18 | X | X | Warehouse desk photo |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| United States | | vs. Allen H. Loughry, II | | | CASE NO. 2:18-00134 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 55 |  | 10/4/18 | X | X | Couch moving photo |
| 13 |  | 10/4/18 |  |  | Brent Benjamin |
| 68 |  | 10/4/18 | X |  | August 25, 2016 Davis memo to Canterbury |
| 67 |  | 10/4/18 | X |  | August 25, 2016 Davis memo to Canterbury |
| 69 |  | 10/4/18 | X | X | August 26, 2016 Loughry memo to Ketchum, Workman and Benjamin |
| 65 |  | 10/4/18 | X |  | August 25, 2016 Davis memo to Canterbury |
| 66 |  | 10/4/18 | X |  | August 25, 2016 Davis memo to Canterbury |
| 14 |  | 10/5/18 |  |  | Paul Mendez |
| 15 |  | 10/5/18 |  |  | Arthur Angus |
| 105 |  | 10/5/18 | X |  | At-a-glance calendar |
| 16 |  | 10/5/18 |  |  | Jennifer Bundy |
| 87 |  | 10/5/18 | X | X | 11/30/17 Bundy email to Bass |
| 89 |  | 10/5/18 | X | X | 11/30/17 (3:41 p.m.) Bundy email to Loughry |
| 89A |  | 10/5/18 | X | X | Email from Bundy to Bass |
| 81 |  | 10/5/18 | X | X | 11/28/17 Loughry email to Bundy (12:11 pm) |
| 83 |  | 10/5/18 | X | X | 11/28/17 Bundy email to Kabler (1:29 pm) |
| 84 |  | 10/5/18 | X | X | 11/28/17 Bundy email to Bass (1:31 pm) |
| 85 |  | 10/5/18 | X | X | Executed stipulation |
| 86 |  | 10/5/18 | X | X | 11/28/17 Bundy email to Bass (5:06 pm) |
|  | 6 | 10/5/18 | X | X | 11/30/17 email response from Kabler to Loughry |
| 17 |  | 10/5/18 |  |  | Kim Ellis |
| 90 |  | 10/5/18 | X | X | Secretarial desk photograph |
| 98 |  | 10/5/18 | X | X | Clip of November meeting |
| 98A |  | 10/5/18 | X |  | Transcript |
| 92A |  | 10/5/18 | X | X | Clip from Kenny Bass interview |
| 92 |  | 10/5/18 | X | X | Loughry office diagram |
| 93 |  | 10/5/18 | X | X | 3/2/18 Loughry-Ellis email |

Page 4 of 5 Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

RESET FORM

| United States | | vs. Allen H. Loughry, II | | | CASE NO. 2:18-00134 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 94 | | 10/5/18 | X | X | 3/31/13 Loughry-Ellis email |
| 95 | | 10/5/18 | X | | 6/29/13 Loughry-Ellis email |
| 96 | | 10/5/18 | X | X | Photograph of Loughry office |
| 97 | | 10/5/18 | X | X | Photograph of Loughry office |
| 91 | | 10/5/18 | X | X | Charleston Gazette mail article |
| 18 | | 10/8/18 | | | Carol Casto |
| 19 | | 10/8/18 | | | Debra Rada |
| 20 | | 10/8/18 | | | Kevin Horan |
| 100 | | 10/8/18 | X | X | Report for 304-546-6316 |
| 21 | | 10/8/18 | | | Jim Powers |
| 103 | | 10/8/18 | X | X | Car Number chart with mileage data |
| 102 | | 10/8/18 | X | X | State vehicle usage chart |
| | | 10/8/18 | | | Allen H. Loughry, II |
| | 7 | 10/8/18 | X | X | Receipt |
| 108 | | 10/8/18 | X | X | Travel expense form |
| 109 | | 10/8/18 | X | X | Emails from Loughry's to Sara Thompson |
| 110 | | 10/8/18 | X | X | Travel expense reimbursement form/check/receipts (Pound Institute) |
| 111 | | 10/9/18 | X | X | Photograph of defendant's house and car |
| 21A | | 10/9/18 | X | | Code of judicial conduct |
| 112 | | 10/9/18 | X | X | Photograph of defendant |
| 113 | | 10/9/18 | X | X | Email between Loughry and Sandra King 4/23/15 |
| 114 | | 10/9/18 | X | X | Chase account statement |
| | 2 | 10/9/18 | | | Vici Shafer |
| 22 | | 10/9/18 | | | Steve Canterbury |
| | | 10/9/18 | | | Sue Racer Troy (recalled) |
| 115 | | 10/9/18 | X | | Clip |
| 116 | | 10/9/18 | X | | Clip |

Page 5 of 5 Pages