**Collishaw, Mary**

**From:** Collishaw, Mary
**Sent:** Wednesday, October 15, 2014 4:02 PM
**To:** Allen.Loughry@courtswv.gov; vici.shafer@courtswv.gov
**Subject:** Financial compliance info -- 2014 Judges Forum

<u>FINANCIAL DISCLOSURE</u>

**2014 FORUM FOR STATE APPELLATE COURT JUDGES**

July 26, 2014, Baltimore, Maryland

Value of program paid by the Pound Civil Justice Institute

**PARTICIPANT:** Honorable Allen H. Loughry II

**TRAVEL TO AND FROM BALTIMORE:** Pound reimbursed you **$488.60** for your travel to/from the Forum.

**HOTEL CHARGES:** The cost for two nights at the Renaissance Baltimore Harborplace Hotel – or other hotel equivalent (for which Pound paid directly or reimbursed your costs) – was **$459.70.**

**FOOD AND BEVERAGE AT THE FORUM:** This includes (1) the breakfast and the refreshment breaks throughout the day, and (2) the luncheon. The average expense for food & beverage was **$125.06** per judge.

**AAJ CONVENTION OPENING RECEPTION:** You were offered complimentary ticket/s to the Opening Reception of the convention of the American Association for Justice. The Institute's cost for this was **$100 per ticket**. Our records indicate that you requested **2 (two)** reception ticket/s.

**EDUCATIONAL PROGRAM:** The Pound Forum was offered free of charge. However, we have compared the 2014 Judges Forum with a number of full-day seminars offered by other national CLE providers. We believe the educational component, if offered to the public, would have had a market value of **$400.**

If you have any questions regarding this disclosure or about the Pound Judges Forum, please contact:

**Mary P. Collishaw**
Executive Director
Pound Civil Justice Institute
777 Sixth Street, NW, Suite 200
Washington, D.C. 20001
202-944-2841
F: 202-298-6390

mary.collishaw@poundinstitute.org



GOVERNMENT EXHIBIT
AO386-C
CASE NO. 2:18-cr-00134
EXHIBIT NO. 31

1