IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 2:18-cr-00134

ALLEN H. LOUGHRY II

## STIPULATION BETWEEN THE UNITED STATES OF AMERICA AND DEFENDANT ALLEN H. LOUGHRY, II, ABOUT EMAIL OF NOVEMBER 28, 2017

The United States of America and defendant Allen H. Loughry, II, hereby stipulate and agree to the following:

The email sent by Jennifer Bundy to Kennie Bass on November 28, 2017, at 5:06 p.m., to email address kbass@sbgtv.com, moved from email servers in West Virginia to servers outside the State of West Virginia, in order for the email to travel from the mailbox of the sender to the mailbox of the recipient.

MICHAEL B. STUART
United States Attorney

_____
PHILIP H. Wright
Assistant United States Attorney

_____   _____
Allen H. Loughry, II                John A. Carr, Esq.
Defendant                           Attorney for defendant Allen H. Loughry, II

GOVERNMENT EXHIBIT
CASE NO. 2:18-cr-00134
EXHIBIT NO. 85

085