**Bundy, Jennifer**

| | |
|---|---|
| **From:** | Bundy, Jennifer |
| **Sent:** | Tuesday, November 28, 2017 5:06 PM |
| **To:** | 'Kennie Bass' |
| **Subject:** | RE: Just FYI about furniture |

Kenny:

Chief Justice Loughry has asked that I provide a final response to these continuing questions.

For clarification, the couch was abandoned property, and it was not a gift. The Ethics Act is not implicated.

Also for clarification, the Court has a longstanding practice of providing the Justices an opportunity to establish a home office, with Court-provided technology equipment (i.e. computers) and furniture to suit their respective needs.

It is not possible to accommodate your request to photograph the couch.

Jennifer Bundy
Public Information Officer
Supreme Court of Appeals of West Virginia
1900 Kanawha Blvd. E., Building 1, Room E-100
Charleston WV 25305
Office: 304-340-2305
Cell: 304-437-5442
Fax: 304 558-7990

**From:** Kennie Bass [mailto:kbass@sbgtv.com]
**Sent:** Tuesday, November 28, 2017 3:15 PM
**To:** Bundy, Jennifer
**Cc:** Christopher Swope
**Subject:** RE: Just FYI about furniture

Jennifer,

Thank you for your responses. Some questions which were unanswered? If the Albrights left the couch to the court, doesn't that make the couch state property? Did the Albrights ever specifically say the couch was Justice Loughry's to use as he saw fit, or was it a gift to the state? And if it's state property, then why did Justice Loughry need a couch at his home? Is he entertaining guests in his home office?

Which brings up the question of the desk. I suppose you can justify that as furniture for a "home office," however, can you please find out and let me know how many of the other four justices have state property, (desks, couches, chairs, coffee makers, etc...) at their home offices?

Thank you,

**Kennie Bass**



AO386-C
**GOVERNMENT EXHIBIT**
CASE NO. 2:18-cr-00134
EXHIBIT NO. **86**

VP-Bundy-000022

086

News Anchor/Reporter
WCHS (ABC 8) / WVAH (FOX 11)
Eyewitness News
1301 Piedmont Road, Charleston, WV 25301
Newsroom: 304.345.4115
My Desk: 304.561.3827
ABC 8/FOX 11 Front Desk: 304.345.5358
Fax: 304.345.1849
Mobile: 304.539.9122
Twitter: @KennieBassWCHS
Facebook: facebook.com/Kennie-Bass-257839674292570/
wchstv.com wvah.com

**WCHS 8 FOX 11 EYEWITNESS NEWS**

Sinclair provides services to WVAH pursuant to a shared services agreement.

**From:** Bundy, Jennifer [mailto:Jennifer.Bundy@courtswv.gov]
**Sent:** Tuesday, November 28, 2017 2:18 PM
**To:** Kennie Bass <kbass@sbgtv.com>
**Subject:** Just FYI about furniture

I just wanted you to know that I was always told that all the furniture in Justice Albright's office was his own furniture. Justice Albright's bio, which I have printed and electronic copies of if you need to see them, said: "Since 1959 he has been an officer and director of Albright's of Belpre, Inc., a family corporation which owns and operates Belpre Furniture, a retail furniture business with locations in Belpre, Ohio, and Parkersburg."

After Justice Albright died, I clearly remember Steve Canterbury telling me that the Albright family, including his wife and son, came in to his office at the Capitol and picked out what furniture they wanted to keep and what they did not want. They left what they did not want.

Jennifer Bundy
Public Information Officer
Supreme Court of Appeals of West Virginia
1900 Kanawha Blvd. E., Building 1, Room E-100
Charleston WV 25305
Office: 304-340-2305
Cell: 304-437-5442
Fax: 304 558-7990

VP-Bundy-000023

086-002