# FBI CELLULAR ANALYSIS SURVEY TEAM

CAST

SA Kevin R. Horan

FBIHQ/CID/CAST

304-546-6316

September 24, 2018

AO386-C
GOVERNMENT EXHIBIT
CASE NO. 2:18-cr-00134
EXHIBIT NO. 100

Intellectual Property of the FBI Cellular Analysis Survey Team Reproduction in Whole or in Part is Prohibited

## MAP KEYS

Cell sectors are illustrated on the following maps using this symbol:



These illustrations demonstrate the direction the antennas on the cell towers are oriented. The shaded area in the illustration shows the primary direction the radio frequencies (RF) travel from the antennas (see below RED arrows). The shaded area does not depict the actual RF footprint or coverage area of the particular sector.



SHADED AREA

The maps also contain SMALL dots. These dots represent other cell site locations in the area. These cell sites were not selected by the handset, meaning the phone WAS NOT WITHIN the cellular footprint of these towers.

Intellectual Property of the FBI Cellular Analysis Survey Team Reproduction in Whole or in Part is Prohibited

## July 12 through July 15, 2013

July 12, 2013 at 1:20 PM. The tower is located just north of the intersection of Interstate 77 and WV 114 in Charleston, WV.

**Intellectual Property of the FBI Cellular Analysis Survey Team Reproduction in Whole or in Part is Prohibited**



Intellectual Property of the FBI Cellular Analysis Survey Team Reproduction in Whole or in Part is Prohibited

## August 22 through August 24, 2013

Switch 35930 • Tower 10312 (38.339611, -81.623222) • Orientation 160°

| Calling Number | Called Number | Time | Duration | End Time |
|---|---|---|---|---|
| +1 202-431-9865 | +1 304-546-6316 | 08/22/13 4 48 58 pm | 41 seconds | 08/22/13 4 49 39 pm |

August 22, 2013 at 4:48 PM. The tower is located near Kanawha Blvd East, Charleston, WV.

Intellectual Property of the FBI Cellular Analysis Survey Team Reproduction in Whole or in Part is Prohibited

Switch 35930 • Tower 46043 (38.345, -81.604861) • Orientation 300°

| Calling Number | Called Number | Time | Duration | End Time |
| --- | --- | --- | --- | --- |
| +1 304-546-6316 | +1 304-203-3514 | 08/22/13 8 24 54 pm | 45 minutes 54 seconds | 08/22/13 9 10 48 pm |

August 22, 2013 at 8:24 PM. The tower is located just north of the intersection of Interstate 77 and WV 114 in Charleston, WV.

Intellectual Property of the FBI Cellular Analysis Survey Team Reproduction in Whole or in Part is Prohibited



Intellectual Property of the FBI Cellular Analysis Survey Team Reproduction in Whole or in Part is Prohibited

# September 13, 2013

Charleston Area
phone usage:
9/13/2013 9:17am
to
9/13/2013 6:02pm
South Charleston
Dunbar
Charleston
US 119
WV 62
CR 21
I 77
US 60
WV 601
WV 61
I 64
WV 214

Intellectual Property of the FBI Cellular Analysis Survey Team Reproduction in Whole or in Part is Prohibited

11

100-011

## November 27 through November 28, 2013

Morgantown Area phone usage:
11/27/2013 4:57pm
to
11/28/2013 3:09pm

11/27/2013
2:32pm

11/28/2013
5:15pm

Parkersburg

Shenandoah National Park

George Washington National Forest North River District

Harrisonburg

Intellectual Property of the FBI Cellular Analysis Survey Team Reproduction in Whole or in Part is Prohibited

Switch 2603 • Tower 31111 (39.6235, -79.9960555) • Orientation 1°

| Calling Number | Called Number | Time | Duration | End Time |
|---|---|---|---|---|
| +1 304-546-6316 | +1 304-741-4970 | 11/28/13 3 09 33 pm | 11 minutes 44 seconds | 11/28/13 3 21 17 pm |

November 28, 2013 at 3:09 pm. The tower is located just west of Interstate 79 in the Morgantown, WV area.

**Intellectual Property of the FBI Cellular Analysis Survey Team Reproduction in Whole or in Part is Prohibited**



Switch 35930 • Tower 46041 (38.345, -81.604861) • Orientation 60°
Calling Number
Called Number
Time
Duration
End Time
+1 304-546-6316
+1 304-285-7850
11/28/13 5:35:11 pm
0 seconds
-

November 28, 2013 at 5:35 pm. The tower is located just north of the intersection of Interstate 77 and WV 114 in Charleston, WV.

Intellectual Property of the FBI Cellular Analysis Survey Team Reproduction in Whole or in Part is Prohibited



## December 7 through December 9, 2013

Intellectual Property of the FBI Cellular Analysis Survey Team Reproduction in Whole or in Part is Prohibited



December 7, 2013 at 1:25 pm. The tower is located near Exit 34 off Interstate 79 (north of Charleston, WV).

Intellectual Property of the FBI Cellular Analysis Survey Team Reproduction in Whole or in Part is Prohibited



## December 14, 2013

Intellectual Property of the FBI Cellular Analysis Survey Team Reproduction in Whole or in Part is Prohibited



December 14, 2013 at 4:26 pm. The tower is located south of Interstate 64 and approximately midway between Exits 139 and 143.

Intellectual Property of the FBI Cellular Analysis Survey Team Reproduction in Whole or in Part is Prohibited

## December 20 through December 23, 2013

12/21/2013
10:47am
Parsons Area phone usage:
12/21/2013 3:02pm
-One call
12/23/2013
8:25am

Intellectual Property of the FBI Cellular Analysis Survey Team Reproduction in Whole or in Part is Prohibited



December 22, 2013 at 6:20 pm.  The tower is located near Exit 9 off Interstate 79 (North of Charleston, WV).

Intellectual Property of the FBI Cellular Analysis Survey Team Reproduction in Whole or in Part is Prohibited



Switch 35930 • Tower 46043 (38.345, -81.604861) • Orientation 300°
Calling Number
Called Number
Time
Duration
End Time
+1 304-546-6316
+1 304-478-2524
12/30/13 4 43 07 pm
17 minutes 29 seconds
12/30/13 5 00 36 pm

December 30, 2013 at 4:43 pm. The tower is located just north of the intersection of Interstate 77 and WV 114 in Charleston, WV.

Intellectual Property of the FBI Cellular Analysis Survey Team Reproduction in Whole or in Part is Prohibited



## January 17 through January 19, 2014

Intellectual Property of the FBI Cellular Analysis Survey Team Reproduction in Whole or in Part is Prohibited

## March 22 through March 23, 2014

3/23/2014
7:24pm
3/22/2014
3:32 am
Parsons Area phone usage:
3/22/2014 7:07pm
to
3/22/2014 7:58pm
National
Forest -
North River
White Sulphur Springs Area phone usage:
3/22/2014 12:41pm
to
3/22/2014 2:02pm
George
Washington
National
Forest -
Warm Springs
District
George
Washington
National
Forest

Intellectual Property of the FBI Cellular Analysis Survey Team Reproduction in Whole or in Part is Prohibited



March 23, 2014 at 8:35 PM. The tower is located in Charleston, WV near Clark Road.

Intellectual Property of the FBI Cellular Analysis Survey Team Reproduction in Whole or in Part is Prohibited



## June 19 through June 21, 2014

Intellectual Property of the FBI Cellular Analysis Survey Team Reproduction in Whole or in Part is Prohibited



June 21, 2014 at 5:41 pm. The tower is located just north of the intersection of Interstate 77 and WV 114 in Charleston, WV.

Intellectual Property of the FBI Cellular Analysis Survey Team Reproduction in Whole or in Part is Prohibited



June 22, 2014 at 7:27 PM.  The tower is located near Kanawha Blvd East, Charleston, WV.

Intellectual Property of the FBI Cellular Analysis Survey Team Reproduction in Whole or in Part is Prohibited



## July 3 through July 5, 2014

Intellectual Property of the FBI Cellular Analysis Survey Team Reproduction in Whole or in Part is Prohibited



July 4, 2014 at 4:51 pm. The tower is located just north of Montrose, WV and roughly 10 miles (driving distance) west of Parsons, WV.

Intellectual Property of the FBI Cellular Analysis Survey Team Reproduction in Whole or in Part is Prohibited



Switch 35910 • Tower 47831 (38.56387, -81.13757) • Orientation 30°
Calling Number
Called Number
Time
Duration
End Time
+1 304-546-6316
+1 801-425-0266
07/04/14 6 18 59 pm
31 seconds
07/04/14 6 19 30 pm

July 4, 2014 at 6:18 pm. The tower is located near Exit 34 off Interstate 79 (north of Charleston, WV).

Intellectual Property of the FBI Cellular Analysis Survey Team Reproduction in Whole or in Part is Prohibited

# August 15 through August 17, 2014

August 15, 2014 at 3:57 pm. The tower is located at the intersection of Interstate 77 and Interstate 79 in Charleston, WV.

Intellectual Property of the FBI Cellular Analysis Survey Team Reproduction in Whole or in Part is Prohibited



Intellectual Property of the FBI Cellular Analysis Survey Team Reproduction in Whole or in Part is Prohibited



Switch 35960 • Tower 9145 (39.034667, -80.422778) • Orientation 120°
Calling Number
Called Number
Time
Duration
End Time
+1 304-741-4970
+1 304-546-6316
08/16/14 7 11 10 pm
1 second
08/16/14 7 11 11 pm
US 33
US 48
US 119

August 16, 2014 at 7:11 pm. The tower is located near Exit 99 off Interstate 79 and just east of Weston, WV.

**Intellectual Property of the FBI Cellular Analysis Survey Team Reproduction in Whole or in Part is Prohibited**

## October 24 through October 26, 2014

10/24/2014
3:07pm

10/26/2014
2:35pm

Parsons Area phone usage:
10/25/2014 11:24am
through
10/25/2014 2:09pm

Intellectual Property of the FBI Cellular Analysis Survey Team Reproduction in Whole or in Part is Prohibited



October 26, 2014 at 2:35 pm. The tower is located near Kanawha Blvd East, Charleston, WV.

**Intellectual Property of the FBI Cellular Analysis Survey Team Reproduction in Whole or in Part is Prohibited**

## December 19 through December 22, 2014

Weston area phone usage:
12/21/2014 5:57pm

12/22/2014
11:30am

Huttonsville area phone usage:
12/20/2014 5:01pm

Parsons Area phone usage:
12/20/2014 8:45pm
-One call

12/19/2014
7:30pm

Weston

Elkins

Petersburg

Franklin

Charleston

Craigsville

Snowshoe

New River Gorge National River

Beckley

Covington

Clifton Forge

George Washington National

Intellectual Property of the FBI Cellular Analysis Survey Team Reproduction in Whole or in Part is Prohibited



Barton Road
US 33
US 48
US 119
Switch 35960 • Tower 9145 (39.034667, -80.422778) • Orientation 120°
Calling Number
Called Number
Time
Duration
End Time
+1 304-941-3928
+1 304-546-6316
12/21/14 5 37 13 pm
4 seconds
12/21/14 5 37 17 pm

December 21, 2014 at 5:37 pm. The tower is located near Exit 99 off Interstate 79 and just east of Weston, WV.

Intellectual Property of the FBI Cellular Analysis Survey Team Reproduction in Whole or in Part is Prohibited

## January 2 through January 3, 2015

South Charleston
Switch 35930 • Tower 16062 (38.371972, -81.712056) • Orientation 100°
Calling Number
Called Number
Time
Duration
End Time
+1 304-546-6316
+1 304-741-4970
01/02/15 9 14 49 am
1 minute 21 seconds
01/02/15 9 16 10 am

January 2, 2015 at 9:14 am. The tower is located just north of the Kanawha River in Dunbar, WV and across the river from South Charleston, WV.

Intellectual Property of the FBI Cellular Analysis Survey Team Reproduction in Whole or in Part is Prohibited



Intellectual Property of the FBI Cellular Analysis Survey Team Reproduction in Whole or in Part is Prohibited



January 3, 2015 at 6:20 pm. The tower is located near Exit 9 off Interstate 79 north of Charleston, WV.

Intellectual Property of the FBI Cellular Analysis Survey Team Reproduction in Whole or in Part is Prohibited



## March 13 through March 14, 2015

Intellectual Property of the FBI Cellular Analysis Survey Team Reproduction in Whole or in Part is Prohibited



March 14, 2015 5:14 pm. The tower is located near Exit 96 off Interstates 64 and 77 near Charleston, WV.

Intellectual Property of the FBI Cellular Analysis Survey Team Reproduction in Whole or in Part is Prohibited

# November 23 through November 24, 2015

Intellectual Property of the FBI Cellular Analysis Survey Team Reproduction in Whole or in Part is Prohibited



November 24, 2015 at 5:42 pm.  The tower is located near Exit 99 off Interstate 79 and just east of Weston, WV.

Intellectual Property of the FBI Cellular Analysis Survey Team Reproduction in Whole or in Part is Prohibited



## December 11 through December 12, 2015

Intellectual Property of the FBI Cellular Analysis Survey Team Reproduction in Whole or in Part is Prohibited



## September 2 through September 4, 2016

Intellectual Property of the FBI Cellular Analysis Survey Team Reproduction in Whole or in Part is Prohibited



## July 6 through July 8, 2017

Intellectual Property of the FBI Cellular Analysis Survey Team Reproduction in Whole or in Part is Prohibited