## Information on State Vehicle/Fuel Card Usage – No Destination Recorded or No Reservation

| | Date | Personal Calendar Entries | S. Ct. Vehicle Reservation Log | EZ Pass | WEX Records | Personal Credit Card Charges | Payment to WEX |
|---|---|---|---|---|---|---|---|
| A | Jul. 12-13, 2013 Fri.-Sat. | "Anniversary" 7/13/13 | 7/12/13 to 7/17/13 2012 Buick LaCrosse (No destination recorded) | N/A | Card No. 0006 7/12 Charleston Exxon East End 13:14 Odometer 24,585 9,838 unleaded gallons $36.00 7/13 Charleston Exxon East End 22:03 Odometer 24,850 Unleaded Plus 14.814 gallons $55.98 | 7/14/13  Weston DQ 7/15/13  Sutton Arby's  Chase 0552 | $6,037.92 Invoice paid by warrant dated 9/19/13 |
| B | Aug. 22- 23, 2013 Thur.-Fri. | No destination | 8/23/13 2012 Buick LaCrosse (No destination recorded) | N/A | Card No. 0006 8/22  Exxon East End 16:43 Odometer 28,770 14.799 unleaded $52.97  8/22 BP, Washington St., 20:01 Odometer 28,950 19.425 Unleaded plus $71.08 | 8/23/13 Weston Wal-Mart  Chase 0552 | $5,980.98 Invoice paid by warrant dated 9/19/13 |
| C | Nov. 28, 2013 Thurs.- Thanksgiving | No destination (Thanksgiving Holiday) | 11/27/13 to 11/28/13 2012 Buick LaCrosse (No destination recorded) | N/A | Card No. 0006 11/28 Morgantown Sheetz 15:05 pm odometer 33,925 18.360 gallons unleaded $50.57  11/28 Elkview Go Mart Frame Rd 17:08 pm odometer 33,075 5.744 gallons unleaded  $18.95  11/28 Charleston Exxon East End 20:31 pm odometer 33,200 11.206 gallons unleaded plus $39.21 | 11/27/13  Charleston Kroger 11/27/13 Charleston Drug Emporium 11/27/13 Morgantown Taco Bell  Chase 0552 | $8,163.20 Invoice paid by three warrants (12/26/13 $4,015.43, 12/30/13 $4,136.77, 12/20/13 $11.00) |

1



A03640

**GOVERNMENT EXHIBIT**

CASE NO.  2:18-cr-00134

EXHIBIT NO.  102

## Information on State Vehicle/Fuel Card Usage – No Destination Recorded or No Reservation

| | Date | Personal Calendar Entries | S. Ct. Vehicle Reservation Log | EZ Pass | WEX Records | Personal Credit Card Charges | Payment to WEX |
|---|---|---|---|---|---|---|---|
| D | Dec. 5-8, 2013 Thurs.–Sun. | No destination | 12/5/13 to 12/7/13 2012 Buick LaCrosse (No destination recorded) | N/A | Card No. 0006 12/7 Weston Marathon 13:48 14,511 gallons unleaded $48.74 Odometer 33,475 | 12/4/13 Parsons Community Care Pharmacy 12/7/13 Weston Marathon and DQ 12/8 Parsons Subway, Rite Aid and Jim's All-star  Chase 0552 | $2,328.70 Invoice paid by warrant dated 1/27/14 |
| E | Dec. 13-16, 2013 Fri.–Mon. | Saturday 12/14 "Greenbrier 1-3 Book Signing" | 12/13/13 to 12/16/13 2012 Buick LaCrosse (No destination recorded) | Transponder No. 2400051890  12/14 11:08 Chelyan 12/14 11:30 Pax 12/14 17:14 Pax 12/14 17:37 Chelyan | Card No. 0006 12/14 Beckley 16:57 19.50 gallons unleaded (Harper Rd Exxon) Odometer 33,880 $65.51 | No personal credit card charges | $2,328.70 Invoice paid by warrant dated 1/27/14 |
| F | Dec. 21-22, 2013 Sat.–Sun. | 12/22 "WVU v Perdue 1 PM" | 12/20/13 to 1/2/14 2012 Buick LaCrosse (No destination recorded) | N/A | Card No. 0006 12/22 Elkview 18:00 19.102 gallons unleaded Kroger $63.02 Odometer 34,200 | 12/21/13 Parsons Shop-N-Save 12/22/13 Parsons Subway 12/22/13 Elkview Kroger  Chase 0552 | $2,328.70 Invoice paid by warrant dated 1/27/14 |

2

## Information on State Vehicle/Fuel Card Usage – No Destination Recorded or No Reservation

| | Date | Personal Calendar Entries | S. Ct. Vehicle Reservation Log | EZ Pass | WEX Records | Personal Credit Card Charges | Payment to WEX |
|---|---|---|---|---|---|---|---|
| G | Dec. 30, 2013 Mon. | Tuesday, 12/31 "Mom's Apt." | 12/20/13 to 1/2/14 2012 Buick LaCrosse (No destination recorded) | N/A | Card No. 0006 12/30 Exxon East End 16:29 Unleaded Plus 18.244 gallons $63.84 Odometer 34,500 | 12/26/13 Bridgeport Toys-R-Us 12/27/13 Rite Aid and Food Lion 12/28/13 Berkeley Springs Inn, Sutton Tommy Hilfiger, Fiesta and Pilot Station 12/28/13 Elkview Kroger 12/28/13 Cumberland, MD Sunoco

Chase 0552 | $2,328.70 Invoice paid by warrant dated 1/27/14 |
| H | Jan. 1, 2014 Wed. | No destination | 12/20/13 to 1/2/14 2012 Buick LaCrosse (No destination recorded) | N/A | Card No. 0006 1/1/14 Exxon East End 12:49 11.175 gallons unleaded $37.98 Odometer 34,950 | 12/26/13 Bridgeport 12/28/13 Berkeley Springs 12/28/13 Elkview 12/28/13 Cumberland, MD

See above. | $2,328.70 Invoice paid by warrant dated 1/27/14 |
| I | Jan. 19, 2014 Sun.–Martin Luther King Holiday Weekend | Friday 1/17/14 "Tucker County Courthouse visit Annex after Oct 2013 opening" | 1/16/14 to 1/20/14 2009 Buick Lucerne (No destination recorded) | N/A | Card No. 0001 1/19/14 Ivydale 16:48 Odometer 52,875 unleaded 17.329 gallons $58.90

1/19/14 Exxon Mobile, MacCorkle Avenue, Charleston 20:17 53,050 unleaded plus 13.550 gallons $46.33 | 1/17/14 Weston Kroger 1/18/14 Weston (2) Burger King

Chase 7977 | $4,254.44 Invoice paid by warrant dated 2/20/14 |

3

102-003

## Information on State Vehicle/Fuel Card Usage – No Destination Recorded or No Reservation

| | Date | Personal Calendar Entries | S. Ct. Vehicle Reservation Log | EZ Pass | WEX Records | Personal Credit Card Charges | Payment to WEX |
|---|---|---|---|---|---|---|---|
| J | Mar. 22-23, 2014 Sat.–Sun. | Saturday, March 22 "Greenbrier Book Signing 11:00a.m." | 3/21/14 to 3/23/14 2012 Buick LaCrosse (No destination recorded) | Transponder No. 2400051890 3/22/14 Chelyan 9:16 3/22/14 Pax 9:38 | Card No. 0016 3/23/14 Exxon Mobile, Amma Road, Amma 18:03 Odometer 36,100 18.667 gallons unleaded $69.05  3/23/14 East End Exxon 20:58 Odometer 36,250 12.636 gallons of unleaded plus $46.99 | 3/22/14 White Sulphur Springs VIRTU 3/23/14 Parsons Shop-n-Save  Chase 7977 | $3,948.45 Invoice paid by warrant dated 4/22/14 |
| K | Jun. 20-22, 2014 Fri.–Sun. | 6/20/14 "Holiday" 6/22/14 "Flatwoods Interview" | 6/18/14 to 6/23/14 2012 Black LaCrosse | N/A | Card No. 0016 6/19/14 12:28 Charleston Exxon MacCorkle Odometer 39,198 unleaded 8.432 gallons $32.29  6/21/14 Charleston East End Exxon 17:17 Odometer 39,400 unleaded 16.176 gallons $61.94  6/22/14 Charleston BP Wash St. 19:05 Odometer 39,550 unleaded plus 12.403 gallons $49.97 | 6/19/14 Sutton Sunoco 6/21/14 Elkins Peebles  Chase 7977 | $3,734.44 Invoice paid by warrant dated 7/25/14 |

4

## Information on State Vehicle/Fuel Card Usage – No Destination Recorded or No Reservation

| | Date | Personal Calendar Entries | S. Ct. Vehicle Reservation Log | EZ Pass | WEX Records | Personal Credit Card Charges | Payment to WEX |
|---|---|---|---|---|---|---|---|
| L | Jul. 4, 2014 Fri. Independence Day Holiday Weekend | 7/4/14 "Mill Race Park Noon Ken Smith Marriage" | Car was not signed out 2012 Buick LaCrosse | N/A | Card No. 0016 7/4/14 16:30 Parsons Sheetz unleaded 18.023 gallons $71.35 Odometer 39,875 add'l $4.23 charge 7/4/14 18:42 Elkview Go Mart Frame Road Odometer 40,000 7.03 gallons unleaded $26.44 | 7/4/14 Parsons Sheetz Chase 7977 | $4,156.29 Invoice paid by warrant dated 8/26/14 |
| M | Jul. 6, 2014 Sunday Independence Day Holiday Weekend | No destination | Car was not signed out 2012 Buick LaCrosse | N/A | Card No. 0016 7/6/14 Charleston BP 17:15 Odometer 40,125 unleaded plus 9.351 gallons $37.68 | 7/4/14 Parsons Sheetz See above. | $4,156.29 Invoice paid by warrant dated 8/26/14 |
| N | Aug. 15-16, 2014 Fri.–Sat. | Friday 8/15/14 "To Parsons" | Car was not signed out 2009 Buick Lucerne | N/A | Card 0001 8/15/14 Charleston BP East End 15:51 Odometer 58,100 unleaded 18.615 gallons $67.00 8/16/14 Sutton Sunoco 19:46 Odometer 58,350 11.487 gallons unleaded $40.65 | 8/16/14 Sutton Sunoco $5.28 8/16/14 Parsons Adkins Home Center Store Chase 7977 | $3,626.84 Invoice paid by warrant dated 9/22/14 |

5

102-005

## Information on State Vehicle/Fuel Card Usage – No Destination Recorded or No Reservation

| | Date | Personal Calendar Entries | S. Ct. Vehicle Reservation Log | EZ Pass | WEX Records | Personal Credit Card Charges | Payment to WEX |
|---|---|---|---|---|---|---|---|
| O | Oct. 24-27, 2014 Fri.-Sun. | Friday–10/24/14 "Braxton to Courthouse" Saturday 10/25/14 "@Oklahoma St." "To Parsons met with teacher and delivered 600 pamphlets – Back to Chas" Sunday–10/26/14 "Huntington Interview?" | 10/24/14 - 10/27/14 2012 Buick LaCrosse (No destination recorded) | N/A | Card 0016 10/25/14 19:13 Sutton Sunoco Odometer 42,900 15.602 gallons unleaded $50.85 <br><br> 10/26/14 14:10 MacCorkle Avenue Exxon Odometer 43,085 12.552 gallons unleaded $38.40 | 10/25/14 Weston Tractor Supply <br><br> Chase 7977 | $3,184.95 Invoice paid by warrant dated 11/21/14 |
| P | Dec. 20-21, 2014 Sat.-Sun. | Saturday, 12/20/14 "1:00 – 3:00 Greenbrier Book Signing" "To Parsons overnight" "Interviewed Jed for Admin position" | 12/10/14 to 1/5/15 2009 Buick Lucerne (No destination recorded) | Transponder No. 2400129233 <br><br> 12/20/14 Chelyan 10:56 12/20/14 Pax 11:19 AM | Card 0001 12/20/14 Charleston BP East End 10:41 Odometer 59,100 17.582 gallons unleaded $47.45 <br><br> 12/21/14 Weston Marathon 17:27 Odometer 59,375 15.528 gallons $43.46 | 12/20/14 Elkins Kroger 12/21/14 Weston DQ 12/21/14 Weston Marathon <br><br> Chase 7977 | $2,270.64 Invoice paid by warrant dated 1/9/15 |
| Q | Jan. 2, 2015 Fri. | No destination | 12/10/14 to 1/5/15 2009 Buick Lucerne (No destination recorded) | N/A | Card 0001 01/2/15 Charleston Exxon East End 09:26 Odometer 59,600 14.011 gallons unleaded $35.01 | 1/2/15 Elkins Theatre Company <br><br> Chase 7977 | $2,270.64 Invoice paid by warrant dated 1/9/15 |

6

102-006

## Information on State Vehicle/Fuel Card Usage – No Destination Recorded or No Reservation

| | Date | Personal Calendar Entries | S. Ct. Vehicle Reservation Log | EZ Pass | WEX Records | Personal Credit Card Charges | Payment to WEX |
|---|---|---|---|---|---|---|---|
| R | Jan. 3, 2015 Sat. | No destination | 12/10/15 to 1/5/15 2009 Buick Lucerne (No destination recorded) | N/A | Card 0001 01/03/15 Go Mart, Frame Road, Elkview 18:17 Odometer 59,925 18.642 gallons $42.86 | 1/2/15 Elkins Theatre Company See above. | $2,270.64 Invoice paid by warrant dated 1/9/15 |
| S | Mar. 14, 2015 Sat. | Saturday, March 14 "1-3 Greenbrier Book Signing" "Meet GC" "Legislative Session Adjourns" | 3/13/15 to 3/15/15 2012 Buick LaCrosse (No destination recorded) | Transponder No. 2400129231 3/14/15 11:06 am Chelyan 3/14/15 11:28 am Pax 3/14/15 4:31 pm Pax 3/14/15 4:55 pm Chelyan | Card 0016 3/14/15 Charleston Go Mart MacCorkle 17:11 Odometer 45,090 11.087 gallons unleaded $26.60 | No personal credit card charges | $3,229.00 Invoice paid by warrant dated 4/22/15 |
| T | Nov. 23-25, 2015 Mon.–Wed | Tuesday, Nov. 24 "Upshur Co. Courthouse – Overnight Parsons" | 11/23/15 – 11/25/15 2009 Buick Lucerne (No destination recorded) | N/A | Card 0001 11/24/15 Weston Marathon 17:36 Odometer 63,570 13.745 gallons unleaded $28.85 | 11/24/15 Weston DQ Chase 6909 | $2,486.29 Invoice paid by warrant dated 12/17/15 |
| U | Dec. 11-12, 2015 Fri.–Sat. | Friday, Dec. 11 "Lewis County Courthouse and Overnight Parsons" | 12/11/15 to 12/14/15 2009 Buick Lucerne (No destination recorded) | N/A | Card 0001 12/12/15 Parsons Sheetz 00:04 Odometer 63,900 16.165 gallons unleaded $33.93 | 12/11/15 Elkins Theatre (2) 12/12/15 Weston DQ Chase 6909 | $2,282.25 Invoice paid by warrant dated 1/26/16 |
| V | Sept. 2-4, 2016 Fri.–Sun. Labor Day Holiday Weekend | No destination Monday 9/5 Labor Day | 9/2/16 2012 Buick LaCrosse (No destination recorded) | N/A | Card 0016 9/2/16 Bridgeport Go Mart 17:52 Odometer 58,570 11.760 gallons unleaded $23.98 | 9/3/16 Parsons Sheetz $11.66 9/4/16 Clarksburg Kroger Chase 6909 | $2,060.41 Invoice paid by warrant dated 9/30/16 |

7

102-007

## Information on State Vehicle/Fuel Card Usage – No Destination Recorded or No Reservation

| | Date | Personal Calendar Entries | S. Ct. Vehicle Reservation Log | EZ Pass | WEX Records | Personal Credit Card Charges | Payment to WEX |
|---|---|---|---|---|---|---|---|
| W | Jul. 7-8, 2017 Fri.-Sat. | Friday 7/7/17 "Yoder Memorial Jefferson Co 2:00 Asbury Methodist Charles Town" | No sign out 2012 Buick LaCrosse | N/A | Card 0030<br>7/7/17 Sutton Pilot 08:38 Odometer 61,636 Unleaded 6.011 $13.22<br><br>7/8/17 15:25 "Unbranded," at 169 Fairchance Road, Morgantown Odometer 62,047 5.806 gallons unleaded plus (U+e) @ 2.239/gal - $13.00<br><br>7/8/17 15:25 "Unbranded," at 169 Fairchance Road, Morgantown Odometer 62,047 17.919 gallons of unleaded plus (U+e) @ 2.399/gal $42.99 | 7/7/17 Sutton Pilot $5.36<br>7/8/17 BFS Foods No. 30 Morgantown $5.16<br><br>Chase 6909 | $2,484.92 Invoice paid by warrant dated 8/16/17 |

8

102-008

## Information on State Vehicle/Fuel Card Usage – No Destination Recorded or No Reservation

| Date | Personal Calendar Entries | S. Ct. Vehicle Reservation Log | EZ Pass | WEX Records | Personal Credit Card Charges | Payment to WEX |
|------|---------------------------|-------------------------------|---------|-------------|------------------------------|----------------|
| Oct. 2 -7, 2013 | Friday 10/4/13 "Berkeley Spr. American Univ Dinner OV DC" | 10/3/13 to 10/7/13 2012 Buick LaCrosse (No destination recorded) | | Card No. 0006 10/2 Chas East End Exxon 7.3 gals unleaded 15:18       $25.69 Odometer 28,000 <br><br> 10/2 Chas BP East End 18.9 gals 20:59 unleaded plus       $68.41 Odometer 30,850 <br><br> 10/4 Berkeley Springs Shell 12:58 p.m. 12.37 gals unleaded    $44.53 Odometer 31,000 <br><br> 10/6 Charlottesville Exxon Mob 16.738 gals unleaded 18:56 $51.87 Odometer 31,225 | 10/3 Maryland, Berkeley Springs, 10/4 Berkeley Springs 10/5 Washington, DC 10/6 Washington, DC 10/6 Doswell, VA <br><br> Chase 0552 | $5,038.87 Invoice paid by two payments - $5,007.87 on 10/25/13, and $31.00 on 11/4/13 |

## Information on State Vehicle/Fuel Card Usage – No Destination Recorded or No Reservation

| Date | Personal Calendar Entries | S. Ct. Vehicle Reservation Log | EZ Pass | WEX Records | Personal Credit Card Charges | Payment to WEX |
|------|---------------------------|-------------------------------|---------|-------------|------------------------------|----------------|
| July 24—July 31, 2014 | Saturday 7/26/14 "Pound Institute Baltimore" | 7/19/14 to 7/31/14 2009 Buick Lucerne Destination Recorded – CCJ/COSCA | N/A | Card 0001<br>7/24 Marathon Weston 11:26 Odometer 56,900 unleaded 18.471 $70.17<br><br>7/25 Sheetz Berkeley Springs 13:59 Odometer 57,025 unleaded 9.298 gals $34.39<br><br>7/31 Sheetz Berkeley Springs 1:56 PM Odometer 57,225 unleaded 16.281 gals $60.22 | 7/25 Berkeley Springs PO<br>7/25 Baltimore, Barnes and Noble<br>7/26 Baltimore Ballpark<br>7/26 Baltimore Visitors Center<br>7/27 Baltimore National Aquarium (2)<br>7/28 Renaissance Hotel, Baltimore<br>7/28 Port Discovery Children, Baltimore<br>7/29 Maryland Zoo, Baltimore (2)<br>7/30 Sim Store, Washington DC<br><br>Chase 7977 | $4,156.29 Invoice paid by warrant dated 8/26/14 |

102-010