

AO386-C
**GOVERNMENT
EXHIBIT**

CASE
NO.  2:18-cr-00134

EXHIBIT
NO.  110



# POUND
# CIVIL JUSTICE
# INSTITUTE

### 2015 FORUM FOR STATE APPELLATE COURT JUDGES

## TRAVEL EXPENSE REIMBURSEMENT REQUEST

Name of Forum registrant:   Allen LOUGHRY

Street address (where we will mail the check):   820 SCENIC DRIVE

City, state, ZIP code:   CHARLESTON, WV 25311

Make check payable to (if different from registrant): _____

**Please complete EITHER the air travel section or the auto travel section below.**

**AIR TRAVEL**

1. Taxi or shuttle from home/courthouse to home airport (attach receipt):   $10.00

2. Air fare to and from Montreal-Trudeau (paid for personally; attach ticket/receipt):   $861.03

3. Baggage check fee (limit 1 standard bag per flight; attach receipt)   $53.74

4. Ground transportation from Montreal-Trudeau airport to Hyatt-Regency Montreal (attach receipt)
   (cab estimated at $40 from Montreal-Trudeau, one-way, excluding tip): _____

5. Ground transportation from Hyatt-Regency Montreal to Montreal-Trudeau (attach receipt):
   (cab estimated at $40 from Hyatt-Regency, one-way, excluding tip): _____

6. Taxi or shuttle from home airport to home—or airport parking (attach receipt):   $10.30

*Mary; I have a question. Instead of getting a cab I rented a car and parked it at the hotel. As such, I did [are):
not have the $40 cab fare each way for transportation to the hotel. However, I did have a $64 CAD (about $52 US) to park the car for these two days. That amount is cheaper than the cab fare to and from the hotel, but in reading the guidelines on the back it does not seem reimbursable. I did NOT include that on the reimbursement form but if it is reimbursable, I did include the receipt. Thank you in advance. Have a good day. Allen*   [eipt:

:S:  $935.07
      $881.01

E MAIL

✱ $52 USD NOT included. Please see note. Thank you.

**Pound Civil Justice Institute**
777 Sixth Street, N.W., Suite 200
Washington, DC 20001-3707

Washington**FIRST**BANK
Washington, D.C.

3933

15-169/540

PAY TO THE
ORDER OF

08/13/2015

Allen Loughry

**987.07

Nine hundred eighty-seven and 07/100***************************************************************************

DOLLARS

Allen Loughry
820 Scenic Drive
Charleston, WV 25311

MEMO   2015 Forum travel expense reimbursement

⑆003933⑆ ⑆054001699⑆          ⑆030⑈⑆

⑇ SECURITY FEATURES INCLUDED. DETAILS ON BACK ⑇

---

**Pound Civil Justice Institute**

08/13/2015          Allen Loughry                                          3933

2015 Forum travel expense reimbursement

987.07

4100301 Washington First Checking travel expense reimbursement

**Pound Civil Justice Institute**                                          987.07

08/13/2015          Allen Loughry                                          3933

2015 Forum travel expense reimbursement

987.07

4100301 Washington First Checking travel expense reimbursement

987.07

Pound-000070



Hyatt Regency Montreal
1255, Rue Jeanne-Mance, C.P. 130
Montreal (Quebec) H5B 1E5
Tel: (514) 982-1234
Fax: (514) 285-1243

...e d'Hôtel

Payeur   Allen Loughry
820 Scenic Drive
Charleston WV 25311
United States

Membre de
Bonus

Confirmation No.  6512008601
Nom du Groupe   AM ASSN FOR JUSTICE / JUDGES

| | |
|---|---|
| Chambre No. | 1212 |
| Arrivée | 07/10/15 |
| Départ | 07/12/15 |
| Page No. | 1 of 1 |
| Folio | 1009312 |
| Facture | |

T.P.S./G.S.T#   807214218
T.V.Q./P.S.T#   1214207601

| Date | Description | | | Charges | Crédits |
|------|-------------|---|---|---------|---------|
| 07/10/15 | Parking-Journalier | | | 32.00 | |
| 07/11/15 | Parking-Journalier | | | 32.00 | |
| 07/12/15 | Visa | XXXXXXXXXXXX6909 | XX/XX | | 64.00 |

Vous n' avez obtenu aucun crédit pour grands voyageurs
dans le cadre de ce séjour. Pour vous inscrire au
programme Gold Passport, composez le 1-800-51-HYATT

| | Total | 64.00 | 64.00 |
|---|-------|-------|-------|

| | Solde | | 0.00 |
|---|-------|---|------|
| | 0.00 | 0.00 | |
| TPS (GST) | 2.78 | 0.00 | |
| TVQ (PST) | 5.55 | 0.00 | |
| | 0.00 | 0.00 | |

Guest Signature

J'accepte d'acquitter les frais de la note d'hôtel et d'assumer l'entière
responsabilité dans le cas où la personne, compagnie ou association
désignée omet d'acquitter une partie ou la totalité de ces frais.

AU PLAISIR DE VOUS REVOIR PROCHAINEMENT!

Notre but en matière de service à la clientèle est que vous soyez entièrement satisfait et satisfaite.
Il est possible que vous receviez un sondage qui vous permettra de nous faire part de votre entière
satisfaction envers notre service à la clientèle. Dans le cas où vous pensez que nous n'avons pas
atteint notre but, veuillez communiquer avec Candice Lallamme, directrice du service à la
clientèle, à candice.lallamme@hyatt.com.

Nous vous remercions d'avoir choisi le Hyatt Regency Montréal.

**Collishaw, Mary**

| | |
|---|---|
| **From:** | Collishaw, Mary |
| **Sent:** | Monday, November 2, 2015 8:14 AM |
| **To:** | Allen.Loughry@courtswv.gov |
| **Cc:** | vici.shafer@courtswv.gov |
| **Subject:** | Financial Compliance Information - 2015 Judges Forum |

## FINANCIAL DISCLOSURE

### 2015 FORUM FOR STATE APPELLATE COURT JUDGES

### July 11, 2015, Montreal, QC, Canada

Value of Program paid by the Pound Civil Justice Institute

**PARTICIPANT:** Honorable Allen H. Loughry II

**TRAVEL TO AND FROM MONTREAL.** Pound reimbursed you **$987.07** for your travel to/from the Forum.

**HOTEL CHARGES.** The charge for two nights at the Hyatt Regency Montreal Hotel – or other hotel equivalent – (for which Pound paid directly or reimbursed your costs) was **$446.86**.

**FOOD AND BEVERAGE AT THE FORUM:** This includes (1) the breakfast and the refreshment breaks throughout the day, and (2) the luncheon. The average expense for food and beverage was **$126.07** per judge.

1

**AAJ CONVENTION OPENING RECEPTION.** You were offered complimentary tickets to the Opening Reception. The Institute's cost for this was $100 per ticket. Our records indicate that you requested **two (2)** reception ticket/s.

**EDUCATIONAL PROGRAM.** Attendance at the Pound Forum was offered free of charge. However, we have compared the 2015 Judges Forum with a number of full-day seminars offered by other national CLE providers. We believe the educational component, if offered to the public, would have had a market value of **$400.00**.

If you have any questions regarding this disclosure or about the Pound Judges Forum, please contact:

**Mary P. Collishaw**

Executive Director

Pound Civil Justice Institute

777 Sixth Street, NW, Suite 200

Washington, D.C. 20001

202-944-2841 / F: 202-298-6390

mary.collishaw@poundinstitute.org

2

**C&H Taxi**
Cab Fare Receipt

Date: 7-10-15

From: 820 Scenic DR

To: YEAGER AIRPORT

Cab #: 158     Dr. #: 332

Amount: 10⁰⁰

Thanks for Riding – 344-4902
www.chtaxi.com

Pound-000072

Outlook.com Print Message

<u>Close</u>

## **Itinerary and Receipt for Confirmation B2YKTM**

**om:** **United Airlines, Inc.** (unitedairlines@united.com)     *See page 2*
Sent:  Fri 4/03/15 4:14 PM
To:    AHLOUGHRY@HOTMAIL.COM

 **UNITED** | A STAR ALLIANCE MEMBER

Confirmation:
**B2YKTM**
Check-In >

Issue Date: April 03, 2015

| Traveler | eTicket Number | Frequent Flyer | Seats |
|---|---|---|---|
| LOUGHRY/ALLENMR | 0162444710904 | UA-XXXXX621 | 7D/8A/10A/21B |
| LOUGHRY/KELLYD | 0162444710905 | | 7C/8C/10C/21C |
| LOUGHRY/JUSTUSK | 0162444710906 | | 7A/8D/10D/21D |

### FLIGHT INFORMATION

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Fri, 10JUL15 | UA6083 | Q | CHARLESTON, WV (CRW) **6:10 AM** | CHICAGO, IL (ORD - O'HARE) **6:49 AM** | ERJ-145 | |

Flight operated by EXPRESSJET AIRLINES INC. doing business as UNITED EXPRESS.

| Fri, 10JUL15 | UA4362 | V | CHICAGO, IL (ORD - O'HARE) **7:30 AM** | MONTREAL, QC CANADA (YUL - TRUDEAU) **10:42 AM** | ERJ-145 | Purchase |

Flight operated by EXPRESSJET AIRLINES INC. doing business as UNITED EXPRESS.
If this is an originating flight on your itinerary, please check in at the UNITED AIRLINES TERM 1 ticket counter.

| Thu, 16JUL15 | UA3401 | W | MONTREAL, QC CANADA (YUL - TRUDEAU) **2:15 PM** | WASHINGTON, DC (IAD - DULLES) **4:08 PM** | ERJ-145 | |

Flight operated by TRANS STATES AIRLINES doing business as UNITED EXPRESS.

| Thu, 16JUL15 | UA4785 | W | WASHINGTON, DC (IAD - DULLES) **5:10 PM** | CHARLESTON, WV (CRW) **6:32 PM** | Q200 | |

Flight operated by COMMUTAIR doing business as UNITED EXPRESS with turboprop equipment.

### FARE INFORMATION

Fare Breakdown
Airfare:                716.31USD

U.S. Customs User Fee:          5.50
U.S. Immigration User Fee:       7.00
U.S. APHIS User Fee:            5.00
U.S. Federal Transportation     53.72

Form of Payment:
VISA

Last Four Digits
7977

Pound-000073

Outlook.com Print Message

| | |
|---|---|
| ...nt Tax: | 16.00 |
| ...Security Fee: | 11.20 |
| ...curity Charge: | 10.00 |
| ...irport Improvement | 19.80 |
| ...ada Goods and Services Tax: | 1.00 |
| Canada - Quebec Sales Tax: | 2.00 |
| U.S. Passenger Facility Charge: | 13.50 |
| Per Person Total: | 861.03USD |
| eTicket Total: | 2,583.09USD |

The airfare you paid on this itinerary totals: 2,148.93 USD

The taxes, fees, and surcharges paid total: 434.16 USD

Fare Rules:     Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT/CHGFEE
Cancel reservations before the scheduled departure time or TICKET HAS NO
VALUE.

**Baggage allowance and charges for this itinerary.**

**Baggage fees are per traveler**

| Origin and destination for checked baggage | 1st bag | 2nd bag | Max wt / dim per piece |
|---|---|---|---|
| 7/10/2015 Charleston, WV (CRW) to Montreal, QC Canada (YUL - Trudeau) | 25.00 USD | 35.00 USD | 50.0lbs (23.0kg) - 62.0in (157.0cm) |
| 7/16/2015 Montreal, QC Canada (YUL - Trudeau) to Charleston, WV (CRW) | 25.00 CAD | 35.00 CAD | 50.0lbs (23.0kg) - 62.0in (157.0cm) |

MileagePlus Accrual Details

LOUGHRY/ALLENMR

| Date | Flight | From/To | Award Miles | PQM | PQS | PQD |
|---|---|---|---|---|---|---|
| 7/10/2015 | 6083 | Charleston, WV (CRW)-Chicago, IL (ORD - O'Hare) | 1150 | 416 | 1 | 230 |
| 7/10/2015 | 4362 | Chicago, IL (ORD - O'Hare)-Montreal, QC Canada (YUL - Trudeau) | 1415 | 747 | 1 | 283 |
| 7/16/2015 | 3401 | Montreal, QC Canada (YUL - Trudeau)-Washington, DC (IAD - Dulles) | 700 | 488 | 1 | 140 |
| | | Washington, DC (IAD - Dulles)-Charleston, WV | | | | |



Confirmation:
**B2YKTM**

## Baggage Receipt
Issue Date:  July 09, 2015

| Traveler | Baggage Document | Ticket Number |
|---|---|---|
| LOUGHRY/ALLENMR | 01626001296500 | 0162447109040 |

**FLIGHT INFORMATION**

| Day, Date | Flight | Departure City/Time | Arrival City/Time | Aircraft |
|---|---|---|---|---|
| Fri, 10JUL15 | UA6083 | CHARLESTON, WV (CRW)<br>6:10 AM | CHICAGO-OHARE (ORD)<br>6:45 AM | ERJ 145 |
| Fri, 10JUL15 | UA4362 | CHICAGO-OHARE (ORD)<br>7:46 AM | MONTREAL (YUL)<br>10:54 AM | ERJ 145 |

**FEE INFORMATION**

| Description | Quantity | Fees | |
|---|---|---|---|
| First Bag Fee | 1 | $25.00 | **Method of Payment**<br>Visa XXXXXXXXXXX6909 |
| | | | **Cardholder Name**<br>Allen H Loughry |
| **TOTAL FEES:** | **USD** | **$25.00** | |

---

### Excess Baggage Terms and Conditions

## UNITED

**Baggage Receipt**
Issue Date: 16 JUL 2015 YUL ATO

A STAR ALLIANCE MEMBER

| Baggage Document<br>0162600540320 | Description<br>First Bag Fee<br>Tax | Qty<br>1<br>-- | Fees<br>$25.00<br>$3.74 | Method of Payment<br>Visa XXXXXXXXXXXX909 |
|---|---|---|---|---|
| Ticket Number<br>0162447109041 | | | | Cardholder Name<br>ALLEN LOUGHRY |
| Confirmation:<br>B2YKTM | | | | Carrier   Routing<br>UA      YUL - IAD<br>UA      IAD - CRW |

### Total Baggage Fees: CAD $28.74

Excess Baggage Terms and Conditions:
- All excess baggage is subject to space availability.
- Receipt for payment must be presented at bag check.
- For refunds or adjustments, see a United representative.

AGENT REFERENCE: 06 FSC BAG

Close

## from C & H Taxi #199 for $10.30 USD

om: **service@paypal.com** (service@paypal.com)
Sent: Thu 7/16/15 7:24 PM
To: ahloughry@hotmail.com (ahloughry@hotmail.com)



Transaction ID: 7XV77646356001742



**C & H Taxi #199**

5103 washington ave
Charleston, WV
25304
US

Jul 16, 2015 16:23:30 PDT

View your receipt

$10.30 USD



Map data ©2015 Google

Pound-000076