



<-></->
