UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**UNITED STATES OF AMERICA**

v.                          CRIMINAL ACTION NO. 2:18-00134

**ALLEN H. LOUGHRY II**

O R D E R

The clerk is hereby directed to file the attached notes reflecting correspondence between the court and the jury during the course of jury deliberations.

It is so ORDERED.

The Clerk is directed to forward copies of this order to all counsel of record.

DATED: October 22, 2018

John T. Copenhaver, Jr.
United States District Judge