UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON


UNITED STATES OF AMERICA

v.                          CRIMINAL ACTION NO. 2:18-00134

ALLEN H. LOUGHRY II


O R D E R


On October 29, 2018, the government filed, by counsel, Philip H. Wright and R. Gregory McVey, Assistant United States Attorneys, the United States Motion for Time to File Response to Motion for New Trial.  For reasons appearing to the court, it is ORDERED that the motion be, and it hereby is, granted.

The court fixes the following schedule:  The defendant's supplemental motion for a new trial, with a brief in support thereof as well as a brief in support of defendant's motion for new trial, shall be filed on or before November 12, 2018.  The government shall respond to the motion and supplemental motion and the briefing in support thereof on or before November 21, 2018, and the defendant shall reply on or before November 30, 2018.

The Clerk is directed to forward copies of this order to the defendant, all counsel of record and the United States Probation Department.

DATED:  October 31, 2018

John T. Copenhaver, Jr.
United States District Judge