FILED: January 11, 2021

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 19-4137
(2:18-cr-00134-1)
_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

ALLEN H. LOUGHRY, II

       Defendant - Appellant

_____

## STAY OF MANDATE UNDER
## FED. R. APP. P. 41(d)(1)
_____

Under Fed. R. App. P. 41(d)(1), the timely filing of a petition for rehearing or rehearing en banc or the timely filing of a motion to stay the mandate stays the mandate until the court has ruled on the petition for rehearing or rehearing en banc or motion to stay. In accordance with Rule 41(d)(1), the mandate is stayed pending further order of this court.

_/s/Patricia S. Connor, Clerk_